UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 2:21-cv-01667-MCS-MAA　　　　　　　　　　　　Date: June 22, 2021

Title: Gregory Chew v. W.L Montgomery

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:　　　　　　　Attorneys Present for Defendants:
N/A　　　　　　　　　　　　　　　　　　　　　N/A

**Proceedings (In Chambers):**　　Order to Show Cause re: Petitioner's Failure to File Status Report

On March 30, 2021, the Court issued an Order granting Petitioner's motion for a *Rhines* stay and ordering Petitioner to file a status report every 60 days, providing the Court with an update on the progress of his habeas proceedings in the California courts ("*Rhines* Stay Order").[1] (ECF No. 10.) Over 60 days have elapsed since the Court issued its *Rhines* Stay Order, but Petitioner has not yet filed a status report.

Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** no later than **July 22, 2021** why the Court should not dismiss this action without prejudice for failure to prosecute and failure to comply with the Court's *Rhines* Stay Order. Alternatively, Petitioner may discharge this Order to Show Cause by filing the requisite status report.

**Petitioner's failure to timely comply with this Order to Show Cause will result in a recommendation that this action be dismissed without prejudice for failure to prosecute and failure to follow court orders.**

It is so ordered.

---

[1] The docket reflects that the Court's *Rhines* Stay Order was returned based on Petitioner's refusal to accept this item of mail. (See ECF No. 12 at 1.) Out of an abundance of caution, the Court will re-send its *Rhines* Stay Order. Accordingly, the Clerk is directed to attach a copy of the *Rhines* Stay Order to this Order to Show Cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-cv-01667-MCS-MAA Date: June 22, 2021

Title: Gregory Chew v. W.L Montgomery

Attachments:
*Rhines* Stay Order (ECF No. 10)