JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHEW,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DANNY SAMUEL,<br><br>　　　　　Respondent. | Case No. 2:21-cv-01667-MCS-MAA<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED: August 14, 2024

*Mark C. Scarsi*
_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE